**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6388**

---

JOSE M. TAPIA,

        Petitioner - Appellant,

    v.

WARDEN,

        Respondent - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Paula Xinis, District Judge.  (1:23-cv-00611-PX)

---

Submitted:  August 28, 2025               Decided:  September 3, 2025

---

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jose Tapia, Appellant Pro Se.  Andrew John DiMiceli, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Tapia seeks to appeal the district court's order denying as moot his 28 U.S.C. § 2254 petition.* We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Tapia v. Warden*, No. 1:23-cv-00611-PX (D. Md. Apr. 23, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

\* Although a certificate of appealability generally is required to appeal "the final order in a habeas corpus proceeding," 28 U.S.C. § 2253(c)(1)(A), no certificate of appealability is required here because the district court's dismissal on mootness grounds is unrelated to the merits of the § 2254 petition. *See Harbison v. Bell*, 556 U.S. 180, 183 (2009); *United States v. McRae*, 793 F.3d 392, 399-400 (4th Cir. 2015).